# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELAINA ANTONELLI** and **MATTHEW DANIELS,** | : | No. 3:14cv2184 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **SAPA EXTRUSIONS INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 27th day of January 2015, it is hereby

**ORDERED** that Defendant Sapa Extrusions Inc.'s motion to dismiss (Doc. 5) is **GRANTED** to the extent that Plaintiff Matthew Daniels's claims are **DISMISSED WITHOUT PREJUDICE** to plaintiffs filing an amended complaint within fourteen (14) days to properly assert these claims.

If no amended complaint is filed after fourteen (14) days, Plaintiff Daniels's claims will be dismissed with prejudice.

 s/ James M. Munley  
**JUDGE JAMES M. MUNLEY**  
**United States District Court**